UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALAN METCALF,

    Petitioner,

v.

WARDEN SPROUL,

    Respondent.

Case No. C17-1469-RAJ

ORDER DISMISSING FEDERAL HABEAS PETITION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's federal habeas petition and this action are DISMISSED as moot; and

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 20th day of December, 2017.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1